# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| RICKY JOE SHIELDS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 2:12-CV-0270-RWS |
| SRGT. CANNON, | : |
| Hall County, Jail and, | : |
| REBECKA HAFFELY, | : |
| Hall County Jail, | : |
| | : |
| Defendants. | : |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [7] of Magistrate Judge J. Clay Fuller.  After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court.  Accordingly, this action is hereby **DISMISSED, WITHOUT PREJUDICE** due to Plaintiff's failure to keep the Clerk informed of his current address.

**SO ORDERED**, this  8th  day of March, 2013.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)